176 So. 379

## BIRMINGHAM POST CO. v. Elizabeth MONTGOMERY.

### 6 Div. 168.

Supreme Court of Alabama.

Oct. 7, 1937.

Wm. S. Pritchard and David R. Solomon, both of Birmingham, for petitioner.

W. H. Sadler, Jr., of Birmingham, opposed.

GARDNER, Justice.

Petition of Elizabeth Montgomery for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Birmingham Post Co. v. Montgomery, 27 Ala.App. 495, 176 So. 375.

Writ denied.

ANDERSON, C. J., and THOMAS and BOULDIN, JJ., concur.